IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROY E. OLDFIELD                                                                                         PLAINTIFF

V.                                        NO. 4:10CV00769 BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                       DEFENDANT

## JUDGMENT

The decision of Michael J. Astrue, Commissioner, Social Security Administration, is reversed and remanded for action consistent with the opinion in this case, and judgment is entered in favor of Roy E. Oldfield.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 26th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

1